

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2022

No. 04-21-00483-CR

Louis Joseph **BENEVENTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8973
Honorable Frank J. Castro, Judge Presiding

## O R D E R

The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on or before **February 15, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2022.

_____
MichaeL A. Cruz,
Clerk of Court